JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BAWCUM, AS TRUSTEE OF THE ROCKETEER TRUST,<br><br>             Plaintiff,<br><br>   v.<br><br>DYNAMIC FORCES, INC., and DYNAMITE ENTERTAINMENT; and DOES 1 to 10,<br><br>             Defendants. | Case No. CV 19-6694-MWF (KSx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO JOINT STIPULATION AND ORDER**<br><br>Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) |

Pursuant to the Joint Stipulation filed by the parties dated June 23, 2021, and in consideration of the negotiated settlement executed by them, this entire action is dismissed WITH PREJUDICE, including all claims stated herein against all parties.

Further, each party is to bear its own attorney's fees and costs.

IT IS SO ORDERED.


Dated: June 24, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE